UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-10054-CR-KING

UNITED STATES OF AMERICA,

      Plaintiff,

v.

NELSON SOLER MONTELONGO,

      Defendant.
_____/

### AMENDED ORDER ON INITIAL APPEARANCE

The above-named defendant having been arrested on **February 28, 2008**, having appeared before the court for initial appearance on **February 29, 2008**, and proceedings having been held in accordance with **Fed.R.Crim.P. 5 or 40(a)**, it is thereupon **ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.

2. _Steve Haguel_ appointed as permanent counsel of record.

3. The defendant shall attempt to retain counsel and shall appear before the court at _____ _____ on _____ before Judge_____.

4. Arraignment/~~Preliminary~~/Removal/Identity hearing is set for _3/7/08_ at _2:00 pm_ in _Key West_, Florida before Judge _Lurana Snow_.

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____ _bond_ _____. A ~~detention~~ hearing, pursuant to 18 U.S.C. § 3142(f), is set for _3/7/08_ at _2:00 pm_ in _Key West_ before Judge _Lurana Snow_.

6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142: _____ _____. This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

____ a. Surrender all passports and travel document to the Pretrial Services Office.
____ b. Report to Pretrial Services as follows:

```
_____ as directed;
_____ times a week /month by  phone,
_____ times a week/month _____ in person;
_____ other: _____
                _____
```

_____ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed  substances  prohibited by law.
_____ d. Maintain or actively seek full time gainful employment.
_____ e. Maintain or begin an educational program.
_____ f. Avoid all contact with victims of or witnesses to the crimes charged.
_____ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
_____ h. Comply with the following curfew: _____
_____ i.. Avoid all commercial transportation facilities; no airports, no marinas, no bus  terminals.
_____ j. Comply with the following additional special conditions of this bond:_____
_____

Bond was set:   Initial Appearance _____
                At Arrest _____
                On Warrant ✓
                After Hearing _____
If  bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. . The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** in Key West, Florida this 29th day of February, 2008.

*/s/ Lurana S. Snow*
LURANA  S.  SNOW
UNITED STATES MAGISTRATE  JUDGE

cc: AUSA Ben Daniel (MIA)
    Counsel
    Probation

2